# EXHIBIT A

 

Search for Cases by: Select Search Method...

Judicial Links | eFiling | Help | Contact Us | Print   Logon

**20JE-AC02991 - TIFFANY CRAFT V AMERICOLLECT, INC (E-CASE)**

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

This information is provided as a service and is not considered an official court record.

Sort Date Entries: ● Descending  ○ Ascending    Display Options: All Entries

| | |
|---|---|
| 09/29/2020 | **Notice of Court Hearing Sent** |
| | **Civil Setting Scheduled** |
| | Scheduled For: 01/06/2021; 9:00 AM ; JEFFREY THOMAS COLEMAN; Jefferson |
| | **Hearing Continued/Rescheduled** |
| | CAUSE CONTINUED TO 1-6-2021 AT 9 A.M. DUE TO COVID-19. NOTICE SENT TO PRO SE LITITGANTS VIA USPS AT LAST KNOWN ADDRESS. |
| | Hearing Continued From: 10/14/2020; 9:00 AM Civil Setting |
| 09/02/2020 | **Response Filed** |
| | REVIEWED: TONY MANANSALA, ASSOCIATE CIRCUIT JUDGE DIV. TWELVE |
| | **Summons Issued-Associate** |
| | Document ID: 20-ADSM-2667, for AMERICOLLECT INC. |
| | **Civil Setting Scheduled** |
| | Associated Entries: 09/29/2020 - Hearing Continued/Rescheduled |
| | Scheduled For: 10/14/2020; 9:00 AM ; JEFFREY THOMAS COLEMAN; Jefferson |
| | **Order** |
| | CASE SET FOR ANNOUNCEMENT SO ORDERED: JEFFREY COLEMAN, ASSOCIATE CIRCUIT JUDGE DIV. TEN |
| 09/01/2020 | **Filing Info Sheet eFiling** |
| | Filed By: MATTHEW PAUL COOK |
| | **Pet Filed in Associate Ct** |
| | petition. JURY TRIAL DEMANDED SENT TO DIV 10 FOR APPROVAL |
| | Filed By: MATTHEW PAUL COOK |
| | On Behalf Of: TIFFANY CRAFT |
| | **Judge Assigned** |

Case.net Version 5.14.0.18    Return to Top of Page    Released 09/01/2020



# IN THE 23RD JUDICIAL CIRCUIT, JEFFERSON COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>JEFFREY THOMAS COLEMAN | Case Number:<br>20JE-AC02991 |
| Plaintiff/Petitioner:<br>TIFFANY CRAFT | Plaintiff's/Petitioner's Attorney/Address:<br>MATTHEW PAUL COOK<br>2885 SANFORD AVENUE<br>SW #42270<br>GRANDVILLE, MI 49418<br>( ) - |
| vs. | |
| Defendant/Respondent:<br>AMERICOLLECT INC | Date, Time and Location of Court Appearance:<br>14-OCT-2020, 09:00 AM<br>Division 10 Courtroom<br>P O BOX 100<br>300 MAIN ST<br>HILLSBORO, MO 63050 |
| Nature of Suit:<br>AC Other Tort | |

(Date File Stamp)

## Associate Division Summons

**The State of Missouri to:** AMERICOLLECT INC
   Alias:
SERVE REGISTERED AGENT, OFFICER, OR
   EMPLOYEE:
1851 SALVERNO RD
MANITOWOC, WI 54221

**COURT SEAL OF**

**JEFFERSON COUNTY**

You are summoned to appear before this court on the date, time, and location above to answer the attached petition. If you fail to do so, judgment by default will be taken against you for the relief demanded in the petition. You may be permitted to file certain responsive pleadings, pursuant to chapter 517, RSMo. Should you have any questions regarding responsive pleadings in this case you should consult an attorney.

If you have a disability requiring special assistance for your court appearance, please contact the court at least 48 hours in advance of scheduled hearing.

SEPT 2, 2020
MICHAEL E. REUTER, CIRCUIT CLERK
BY /s/S.FLAHERTY, DEPUTY CLERK

### Sheriff's or Server's Return

**Note to serving officer:** Service must not be made less than 10 days nor more than 60 days from the date the defendant/respondent is to appear in court. Service should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with
_____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to:
_____ (name) _____ (title).
☐ other: _____.
Served at _____ (address) in
_____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____    _____
Printed Name of Sheriff or Server                Signature of Sheriff or Server
**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on _____ (date).
(Seal)
My commission expires: _____    _____
                        Date                Notary Public

**Sheriff's Fees, if applicable**
Summons                     $_____
Non Est                     $_____
Sheriff's Deputy Salary
Supplemental Surcharge      $   10.00
Mileage                     $_____ (_____ miles @ $_____ per mile)
Total                       $_____
A copy of the summons and a copy of the petition must be served on each Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, MISSOURI
ASSOCIATE CIRCUIT DIVISION

| | |
|---|---|
| Tiffany Craft, <br>     Plaintiff, | ) <br> ) Case No.: <br> ) |
| vs. | ) Div. No.: <br> ) |
| Americollect, Inc. | ) <br> ) |
| Serve at: <br> Registered Agent, Officer or Employee <br> 1851 S Alverno Rd <br> Manitowoc, WI 54211 <br>     Defendant, | ) **JURY TRIAL DEMANDED** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## PETITION FOR DAMAGES

Comes now Plaintiff, Tiffany Craft, by and through counsel; Matthew P. Cook, and states the following:

### INTRODUCTION AND JURISDICTION

1. This is an action for statutory damages brought by an individual consumer for violations of the Fair Debt Collections Practices Act, 15 U.S.C. §1692 *et. seq.* ("FDCPA").

2. This Court has jurisdiction of the FDCPA claim under 15 U.S.C. §1692k(d).

### PARTIES

3. Plaintiff is a natural person currently residing in Jefferson County, Missouri. Plaintiff is a consumer within the meaning of the FDCPA. The alleged debt owed arises out of consumer, family and household transactions.

4. Defendant is a foreign limited liability company with its principal place of business located in Manitowoc, WI. The principal business purpose of Defendant is the collection of debts and Defendant regularly attempts to collect alleged debts owed.

5. Defendant is engaged in the collection of debts from consumers using the mail and telephone in Missouri. Defendant is a "debt collector" as defined by the FDCPA. 15 U.S.C §1692a(6).

## FACTS

6. Defendant's collection activity of which Plaintiff complains occurred within the previous twelve (12) months.

7. Defendant had been calling Plaintiff's mobile phone in 2020 in an attempt to collect on this alleged debt.

8. When Plaintiff did not answer the phone Defendant would leave Plaintiff voicemails disclosing that that were a debt collector.

9. Defendant's voicemails were communications to Plaintiff in their attempt to collect on the alleged debt owed by Plaintiff.

10. Defendant's voicemails were heard by and disclosed to third-parties in violation of 15 U.S.C. §1692c(b).

11. Defendant's collection attemptshave caused Plaintiff to incur actual damages, attorney's fees, as well as emotional distress and/or denial of credit.

## COUNT I: VIOLATION OF THE FDCPA

12. Plaintiff re-alleges and incorporates by reference the above paragraphs.

13. Defendant regularly attempts to collect consumer debts asserted to be due to another and at all relevant times herein, was a "debt collector" as defined by 15 U.S.C. §1692a(6).

14. A single action on part of a debt collector can violate multiple sections of the FDCPA.

15. In its attempts to collect the alleged debt from Plaintiff, Defendant has committed violations of the FDCPA, 15 U.S.C. §1692 *et. seq.* including, but not limited to the following:

    a. Defendant's left multiple voicemails that were heard by and disclosed to third-parties in violation of 15 U.S.C. §1692c(b).

Electronically Filed - Jefferson - September 01, 2020 - 10:43 PM

WHEREFORE, Plaintiff respectfully requests that judgment be entered against Defendant for:

A. Declaratory judgment that Defendant's conduct violated the FDCPA;

B. Actual damages;

C. Release of the alleged debt;

D. Statutory damages, costs, litigation expenses and attorney's fees pursuant to 15 U.S.C. §1692(k); and

E. For such other relief as the Court may deem just and proper.

By: /s/ Matthew P. Cook
Cook Law, LLC
Matthew P. Cook #62815
Attorney for Plaintiff
2885 Sanford Ave SW #42270
Grandville, MI 49418
Phone: 314-200-5536
Email: Cookmp21@yahoo.com

Electronically Filed - Jefferson - September 01, 2020 - 10:43 PM